Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−13819−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Harriet R Bellinger
   18 Cypress St
   Carteret, NJ 07008−2611

Social Security No.:
   xxx−xx−3966

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 15, 2018.

On 8/11/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:             September 19, 2018
Time:            10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 14, 2018
JAN: vpm

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-13819-CMG
Harriet R Bellinger                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Aug 14, 2018
                              Form ID: 185             Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
db              Harriet R Bellinger,    18 Cypress St,    Carteret, NJ   07008-2611
516030618      +Capital One,    PO Box 21887,    Eagan, MN 55121-0887
516030621      +Milstead & Associates, LLC,    1 E. Stow Rd,    Marlton, NJ 08053-3118
516030622       State of New Jersey,    PO Box 245,    Trenton, NJ 08602-0245
516075957       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
516030623      +Us Dept of Ed/Great Lakes Educational Lo,    2401 International,    Madison, WI 53704-3121
516030624      +Us Dept of Ed/Great Lakes Educational Lo,    Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 14 2018 23:43:49      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2018 23:43:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516030619      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2018 23:47:31      Capital One Bank,
                 1680 Capital One Dr,    Mc Lean, VA 22102-3407
516046741      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 14 2018 23:47:56      Capital One N.A.,
                 c/o Ascension Capital Group,    P.O. Box 165028,   Irving, TX 75016-5028
516030620      +E-mail/Text: cio.bncmail@irs.gov Aug 14 2018 23:43:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             Capital One,    PO Box 21887,   Eagan, MN  55121-0887
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Harvey I. Marcus    on behalf of Debtor Harriet R Bellinger him@lawmarcus.com
              Rebecca Ann Solarz    on behalf of Creditor   MTGLQ Investors, LP rsolarz@kmllawgroup.com
                                                                                             TOTAL: 4